UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NGUYEN NHAT LE,<br><br>        Defendant. | CASE NO.   CR06-319JLR<br><br>ORDER DENYING MOTION FOR DETENTION REVIEW |

       The Court having considered Defendant's motion for reconsideration of release on bail and bond, makes the following determination:

       The defendant, Nguyen Nhat Le through his attorney Jeffrey Steinborn, requests a review of the Court's detention order dated October 2, 2006. Dkt. #114. The Court has reviewed its order detaining the defendant, and the applicable section of the Bail Reform Act, Title 18, Section 3142. While the defense moves for reconsideration of bail or bond, there is a predicate in determining if a review hearing will be granted, that is, whether the person is likely to flee or poses a danger to the safety of any person or the community. 18 U.S.C. Section 3143(a)(1) and (2).

       Defense counsel argues that "Mr. Le needs to be out on bond, pending sentencing to make arrangements for the safety of his family." Counsel does not present any law in

DETENTION ORDER
PAGE -1-

support of this proposition and how it meets the test under the statute. In the absence of legal support, the motion and oral argument are denied.

DATED this 23rd day of February, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-